(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Honore, Maynor R** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**The Jewelry Store** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **1562** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**8284 Brookhaven Drive**<br>**Frankfort, IL 60423** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Will** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **14910 S LaGrange Road**<br>**Orland Park, IL 60462** |
|---|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | ☐ Chapter 7  ☑ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business  ☑ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☑ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (12/03)                                                                                           **FORM B1**, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| Honore, Maynor R |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
| --- | --- | --- |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Maynor R Honore**
Signature of Debtor                            **Maynor R Honore**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October  5, 2005**
Date

### Signature of Attorney

X **/s/ Karen Walin**
Signature of Attorney for Debtor(s)

**Karen Walin 06192832**
Printed Name of Attorney for Debtor(s)

**Law Office Of Karen Walin**
Firm Name

**13161 W. 143rd Street Suite 102**
Address

**Homer Glen, IL  60491**

**(708) 645-0710**
Telephone Number

**October  5, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                            Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Honore, Maynor R                                               Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **EMC Payment Processing**<br>**PO Box 141358**<br>**Irving, TX  75014-1358** | | | | **280,703.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**280,703.00** |
| **Park Pointe Plaza**<br>**745 Ela Road**<br>**Lake Zurich, IL  60047** | | | | **131,650.40** |
| **ARYA Collections**<br>**5 South Wabash Ave  Ste 150**<br>**Chicago, IL  60603** | | **Trade debt** | | **117,405.06** |
| **Aurora Loan Services**<br>**PO Box 1706**<br>**Scottsbluff, NE  69363** | | **Bank loan** | | **110,836.48**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**110,836.48** |
| **Charter One**<br>**1215 Superior Ave**<br>**Cleveland, OH  44114** | | | | **100,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**100,000.00** |
| **Christophre Giebudowski**<br>**5400 S Sawyer**<br>**Chicago, IL  60632** | | | | **100,000.00** |
| **Washington Mutual Home Loans**<br>**PO Box 3139**<br>**Milwaukee, WI  53201-3139** | | | | **74,975.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**74,975.00** |
| **EMC Payment Processing**<br>**PO Box 141358**<br>**Irving, TX  75014-1358** | | | | **67,685.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**67,685.00** |
| **Inland Commercial Property Mgmt Inc**<br>**2901 Butterfield Road**<br>**Oak Brook, IL  60523** | | | | **56,000.00** |
| **G M A C**<br>**15303 S 94th Ave**<br>**Orland Park, IL  60462** | **(800) 200-4622** | | | **50,943.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Bank One NA**<br>**PO Box 15298**<br>**Wilmington, DE  19850** | **Bank loan** | **49,959.19**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**49,959.19** |
| **Robert J Sanfratello**<br>**8326 South Nottingham**<br>**Bridgeview, IL  60455** | | **48,328.00** |
| **Lolita Weathers**<br>**4892 Spring Court**<br>**Richton Park, IL  60471** | | **37,500.00** |
| **Manuela Borgia**<br>**18700 South Halsted St**<br>**Glenwood, IL  60425** | | **37,500.00** |
| **David B Henry**<br>**1621 East 85th Place**<br>**Chicago, IL  60617** | | **30,000.00** |
| **Atlantic Diamond Company**<br>**5 South Wabash Ste 818**<br>**Chciago, IL  60603** | **Trade debt** | **19,157.19** |
| **G M A C**<br>**15303 S 94th Ave**<br>**Orland Park, IL  60462** | **(800) 200-4622** | **19,029.00** |
| **Bulova Corp**<br>**One Bulova Avenue**<br>**Woodside, NY  11377-7874** | | **16,704.24** |
| **Citifinancial Mortgage**<br>**PO Box 142199**<br>**Irving, TX  75014-2199** | | **14,442.02**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**14,442.02** |
| **Citifinancial Mortgage**<br>**3232 W Royal Ln**<br>**Irving, TX  75063** | **(800) 753-3673** | **13,969.00** |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October  5, 2005** _____    Signature  ___ */s/ Maynor R Honore*
                                         of Debtor                                                    **Maynor R Honore**

Date: _____                          Signature  _____
                                         of Joint Debtor
                                         (if any)

IN RE **Honore, Maynor R** _____ Case No. _____

Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **3822 W 171st**<br>**Country Club Hills, IL** | **Fee Simple** | | **115,000.00** | **0.00** |
| **742 Notre Dame**<br>**Matteson, IL** | **Fee Simple** | | **138,000.00** | **0.00** |
| **8284 Brookhaven Drive**<br>**Frankfort, IL  60423** | **Fee Simple** | | **425,000.00** | **0.00** |
| | | **TOTAL** | **678,000.00** | |

(Report also on Summary of Schedules)

SCHEDULE A - REAL PROPERTY

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Honore, Maynor R

_____
Debtor(s)

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 0011903259 <br><br> **Aurora Loan Services** <br> **PO Box 1706** <br> **Scottsbluff, NE  69363** | | | **mortgage** <br><br><br> Value $ | | | | 110,836.48 <br><br> 110,836.48 | |
| Account No. <br><br> **Bank One NA** <br> **PO Box 15298** <br> **Wilmington, DE  19850** | | | **line of credit note date: 5/18/2004 secured by all business assets, inventory, equipment, accounts, general intangibles, chattel paper, documents, instruments, and letter of credit rights** <br> Value $ | | | | 49,959.19 <br><br> 49,959.19 | |
| Account No. <br><br> **Charter One** <br> **1215 Superior Ave** <br> **Cleveland, OH  44114** | | | **Business credit line** <br><br><br> Value $ | | | | 100,000.00 <br><br> 100,000.00 | |
| Account No. 0001824743 <br><br> **Citifinancial Mortgage** <br> **PO Box 142199** <br> **Irving, TX  75014-2199** | | | <br><br><br> Value $ | | | | 14,442.02 <br><br> 14,442.02 | |
| Account No. 0008403735 <br><br> **EMC Payment Processing** <br> **PO Box 141358** <br> **Irving, TX  75014-1358** | | | **mortgage on 8284 Brookhaven, Frankfort, IL** <br><br><br> Value $ | | | | 280,703.00 <br><br> 280,703.00 | |

_____ **1** Continuation Sheets attached

Subtotal
(Total of this page) **555,940.69**

(Complete only on last sheet of Schedule D) **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

**IN RE** Honore, Maynor R

_____  Case No. _____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. **0008358434** <br><br> **EMC Payment Processing** <br> **PO Box 141358** <br> **Irving, TX  75014-1358** | | | **junior mortgage on 8284 Brookhaven, Frankfort, IL  60423** | | | | 67,685.00 |
| | | | Value $ | | | | 67,685.00 |
| Account No. **70217756** <br><br> **Honda Financial Services** <br> **PO Box 650024** <br> **Dallas, TX  75265-0024** | | | | | | | 0.00 |
| | | | Value $ | | | | |
| Account No. **8015517355** <br><br> **Washington Mutual Home Loans** <br> **PO Box 3139** <br> **Milwaukee, WI  53201-3139** | | | | | | | 74,975.00 |
| | | | Value $ | | | | 74,975.00 |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |

Sheet _____**1**___ of _____**1**___ Continuation Sheets attached to Schedule D

Subtotal (Total of this page)                      **142,660.00**

(Complete only on last sheet of Schedule D)  **TOTAL**   **698,600.69**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

**IN RE** Honore, Maynor R _____   Case No. _____

Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Honore, Maynor R**
Debtor(s)
Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**A V Jewelry** <br>**62 West 47rh Street Ste 603** <br>**New York, NY  10036** | | | | | | | **13,685.00** |
| Account No. <br><br>**AAA Financial Services** <br>**PO Box 15026** <br>**Wilmington, DE** | | | | | | | **11,000.00** |
| Account No. <br><br>**Advanta** <br>**PO Box 30715** <br>**Salt Lake City, UT  84130-0715** | | | | | | | **4,884.46** |
| Account No. <br><br>**American Express** <br>**Customer Service** <br>**PO Box 7863** <br>**Ft. Lauderdale, FL  33329-7815** | | | | | | | **7,500.00** |
| Account No. **4050912028139678** <br><br>**American General Finan** <br>**17828 Halsted St** <br>**Homewood, IL  60430** | | | **Installment account opened 4/05** | | | | **9,675.00** |

_____ **7** Continuation Sheets attached

Subtotal (Total of this page) **46,744.46**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Honore, Maynor R
_____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **70217756** <br><br>**American Honda Finance** <br>**1235 Old Alpharetta Rd S** <br>**Alpharetta, GA  30005** | | | **Installment account opened 5/05** | | | | **10,630.00** |
| Account No. <br><br>**Angel Zavala** <br>**29 East Madison** <br>**Chicago, IL** | | | | | | | **9,500.00** |
| Account No. <br><br>**ARYA Collections** <br>**5 South Wabash Ave  Ste 150** <br>**Chicago, IL  60603** | | | | | | | **117,405.06** |
| Account No. <br><br>**Atlantic Diamond Company** <br>**5 South Wabash Ste 818** <br>**Chciago, IL  60603** | | | | | | | **19,157.19** |
| Account No. <br><br>**Bank One** <br>**Cardmember Service** <br>**15100 S LaGrange Road** <br>**Orland Park, IL  60462** | | | | | | | **9,824.00** |
| Account No. <br><br>**Beneficial Master Card** <br>**HSBC Card Services** <br>**PO Box 88000** <br>**Baltimore, MD** | | | | | | | **748.57** |
| Account No. **41173010513923** <br><br>**Beneficial/household Finance** <br>**2700 Sanders Rd** <br>**Prospect Heights, IL  60070** | | | **Revolving account opened 8/02** | | | | **10,901.00** |

Sheet _____**1** of _____**7** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **178,165.82**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Honore, Maynor R**                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **BP Amoco** <br> **PO Box 9071** <br> **Des Moines, IA  50368-9071** | | | | | | | **0.00** |
| Account No. <br> **Bulova Corp** <br> **One Bulova Avenue** <br> **Woodside, NY  11377-7874** | | | | | | | **12,866.52** |
| Account No. <br> **Bulova Corp** <br> **One Bulova Avenue** <br> **Woodside, NY  11377-7874** | | | | | | | **16,704.24** |
| Account No. **133789** <br> **Bulova Corp   CO** <br> **Teller And Levit Silvertrust PC** <br> **11 East Adams Street** <br> **Chicago, IL  60603** | | | **"Notice Only"** | | | | **0.00** |
| Account No. <br> **Bulova Corp   CO** <br> **Teller And Levit Silvertrust PC** <br> **11 East Adams Street** <br> **Chicago, IL  60603** | | | **"Notice Only"** | | | | **0.00** |
| Account No. <br> **Capital One** <br> **PO Box 85015** <br> **Richmond, VA  23285-5015** | | | | | | | **1,321.19** |
| Account No. <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT  84130-0285** | | | | | | | **4,963.48** |

Sheet _____**2**_ of _____**7** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **35,855.43**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Honore, Maynor R**                                              Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Chase** <br> **Customer Service** <br> **PO Box 15153** <br> **Wilmington, DE  19850-5919** | | | | | | | 1,812.20 |
| Account No. **4118165007849799** <br> **Chase** <br> **800 Brooksedge Blvd** <br> **Westerville, OH  43081** | | | Revolving account opened 12/96 | | | | 1,823.00 |
| Account No. **4444000128471741** <br> **Chase** <br> **800 Brooksedge Blvd** <br> **Westerville, OH  43081** | | | Revolving account opened 5/97 | | | | 152.00 |
| Account No. <br> **Christophre Giebudowski** <br> **5400 S Sawyer** <br> **Chicago, IL  60632** | | | | | | | 100,000.00 |
| Account No. <br> **Cit Tech Financaial Services** <br> **PO Box 550599** <br> **Jacksonville, FL  32255** | | | | | | | 8,541.60 |
| Account No. <br> **Cit Tech Financial Service** <br> **PO Box 550599** <br> **Jacksonville, FL  32255** | | | | | | | 4,128.72 |
| Account No. **1824743** <br> **Citifinancial Mortgage** <br> **3232 W Royal Ln** <br> **Irving, TX  75063** | | | Mortgage account opened 9/00 | | | | 13,969.00 |

Sheet _____**3**___ of _____**7** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) **130,426.52**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Honore, Maynor R** _____   Case No. _____
_____ Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Com Ed** <br> **Bill Payment Center** <br> **Chicago, IL  60668-0002** | | | | | | | **635.00** |
| Account No. <br> **Cook County Taxes** <br> **PO Box 4468** <br> **Carol Stream, IL** | | | | | | | **2,898.82** |
| Account No. **422709734499** <br> **Cross Country Bank** <br> **Po Box 15371** <br> **Wilmington, DE  19850** | | | Revolving account opened 1/99 | | | | **1,050.00** |
| Account No. <br> **David B Henry** <br> **1621 East 85th Place** <br> **Chicago, IL  60617** | | | | | | | **30,000.00** |
| Account No. <br> **Dell Financial** <br> **PO Box 80409** <br> **Austin, TX  78708-0409** | | | | | | | **6,591.60** |
| Account No. **520069010000** <br> **First Data** <br> **265 Broad Hollow R** <br> **Melville, NY  11747** | | | Installment account opened 2/02 | | | | **199.00** |
| Account No. <br> **First Equity** <br> **PO Box 84075** <br> **Columbus, GA  31902-3029** | | | | | | | **4,831.85** |

Sheet _____ **4** of _____ **7** Continuation Sheets attached to Schedule F

Subtotal <br> (Total of this page)    **46,206.27**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE Honore, Maynor R
_____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **154907689590**<br>**G M A C**<br>**15303 S 94th Ave**<br>**Orland Park, IL  60462** | | | Installment account opened 7/05 | | | | 50,943.00 |
| Account No. **154904413596**<br>**G M A C**<br>**15303 S 94th Ave**<br>**Orland Park, IL  60462** | | | Installment account opened 9/03 | | | | 19,029.00 |
| Account No.<br>**Home Depot**<br>**PO Box 6029**<br>**The Lakes, NC  88901-6029** | | | | | | | 3,218.07 |
| Account No. **5407915003689111**<br>**Hsbc Nv**<br>**1441 Schilling Pl**<br>**Salinas, CA  93901** | | | Revolving account opened 8/02 | | | | 743.00 |
| Account No.<br>**Icelink Watch Co**<br>**610 S. Broadway  10th Flr**<br>**Los Angeles, CA  90014** | | | | | | | 6,270.31 |
| Account No.<br>**Inland Commercial Property Mgmt Inc**<br>**2901 Butterfield Road**<br>**Oak Brook, IL  60523** | | | | | | | 56,000.00 |
| Account No.<br>**Jewelry Super Center**<br>**Gold N Diamonds**<br>**250 Spring Street NW 6E 320 3**<br>**Atlanta, GA  30303** | | | | | | | 13,310.99 |

Sheet _____**5**___ of _____**7**___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **149,514.37**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **Honore, Maynor R** _____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Lolita Weathers 4892 Spring Court Richton Park, IL 60471 | | | | | | | 37,500.00 |
| Account No. Manuela Borgia 18700 South Halsted St Glenwood, IL 60425 | | | | | | | 37,500.00 |
| Account No. Marlin Leasing PO Box 637 Mount Laurel, NJ 08054 | | | | | | | 10,301.76 |
| Account No. 1942 Monogram Bank N America Po Box 17054 Wilmington, DE 19884 | | | Revolving account opened 7/02 | | | | 12,063.00 |
| Account No. Movado Group PO Box 88810 Chicago, IL 60695 | | | | | | | 7,994.87 |
| Account No. P2 Investments 5 South Wabash Avenue Ste 150 Chicago, IL 60603 | | | | | | | 2,217.16 |
| Account No. Park Pointe Plaza 745 Ela Road Lake Zurich, IL 60047 | | | | | | | 131,650.40 |

Sheet _____ **6** of _____ **7** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)   **239,227.19**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Honore, Maynor R** _____   Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Providian Platnium Visa** <br> PO Box 660509 <br> Dallas, TX  75266-0509 | | | | | | | 2,000.00 |
| Account No. <br> **Robert J Sanfratello** <br> 8326 South Nottingham <br> Bridgeview, IL  60455 | | | | | | | 48,328.00 |
| Account No. <br> **Screenvision** <br> 360 Linden Oaks <br> Rochester, NY  14625 | | | | | | | 1,296.00 |
| Account No. **1000625973** <br> **Washmtl/prov** <br> 4940 Johnson Dr <br> Pleasanton, CA  94566 | | | Revolving account opened 10/01 | | | | 2,344.00 |
| Account No. <br> **Wells Fargo** <br> PO Box 348750 <br> Sacramento, CA  95834 | | | | | | | 4,700.00 |
| Account No. **106060554739386** <br> **Wffinancial** <br> 1240 Office Plaza <br> West Des Moine, IA  50266 | | | Installment account opened 6/05 | | | | 1,033.00 |
| Account No. <br> **Will County Taxes** <br> 302 N Chicago Street <br> Joliet, IL  60432-4059 | | | | | | | 2,792.74 |

Sheet _____ **7** of _____ **7** Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | 62,493.74 |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | 888,633.80 |
| | (Report total also on Summary of Schedules) | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **Honore, Maynor R** _____    Case No. _____
                                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Park Pointe Plaza**<br>**745 Ela Road**<br>**Lake Zurich, IL  60047** | **36 month lease for the premises at 14910 S LaGrange Road Orland Park IL  60462 for June 1, 2004 to May 31, 2007 Security deposit of $3058.75 with annual base rent of $36705.00** |
| **Inland Commercial Property Mgmt Inc**<br>**2901 Butterfield Rd**<br>**Oak Brook, IL  60523** | **lease dated June 18, 2002 for the premises located at 5432 W 159th Street Oak Forest IL  60452 for a period of five years and four months** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Honore, Maynor R** _____    Case No. _____
Debtor(s)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Honore, Maynor R                                                    Case No. _____
_____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**20** sheets, and that
                                                                                              (Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.


Date: **October  5, 2005**_____    Signature: ***/s/ Maynor R Honore***
                                                                **Maynor R Honore**                                          Debtor

Date: _____    Signature: _____
                                                                                                    (Joint Debtor, if any)

                                                                [If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer            Social Security No.
                                                                                        (Required by 11 U.S.C. § 110(c).)

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____            _____
Signature of Bankruptcy Petition Preparer                                Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
                                  (Total shown on summary page plus 1)


Date: _____    Signature: _____


                                                                _____
                                                                (Print or type name of individual signing on behalf of debtor)

            [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                    Case No. _____

**Honore, Maynor R** _____        Chapter **11** _____

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **56**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October  5, 2005** _____    **/s/ Maynor R Honore** _____

                                                Debtor

                                                _____

                                                Joint Debtor

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Honore, Maynor R
8284 Brookhaven Drive
Frankfort, IL  60423

Aurora Loan Services
601 5th Ave
Scottsbluff, NE  69361

Charter One
1215 Superior Ave
Cleveland, OH  44114

Law Office Of Karen Walin
13161 W. 143rd Street Suite 102
Homer Glen, IL  60491

Bank One
Cardmember Service
15100 S LaGrange Road
Orland Park, IL  60462

Chase
Customer Service
PO Box 15153
Wilmington, DE  19850-5919

A V Jewelry
62 West 47rh Street Ste 603
New York, NY  10036

Bank One NA
PO Box 15298
Wilmington, DE  19850

Chase
800 Brooksedge Blvd
Westerville, OH  43081

Advanta
PO Box 30715
Salt Lake City, UT  84130-0715

Beneficial Finance
PO Box 17574
Baltimore, MD  21297

Christophre Giebudowski
5400 S Sawyer
Chicago, IL  60632

American Express
Customer Service
PO Box 7863
Ft. Lauderdale, FL  33329-7815

Beneficial/household Finance
2700 Sanders Rd
Prospect Heights, IL  60070

Cit Tech Financaial Services
PO Box 550599
Jacksonville, FL  32255

American General Finan
17828 Halsted St
Homewood, IL  60430

BP Amoco
PO Box 9071
Des Moines, IA  50368-9071

Cit Tech Financial Service
PO Box 550599
Jacksonville, FL  32255

American Honda Finance
1235 Old Alpharetta Rd S
Alpharetta, GA  30005

Bulova Corp
One Bulova Avenue
Woodside, NY  11377-7874

Citifinancial Mortgage
PO Box 142199
Irving, TX  75014-2199

ARYA Collections
5 South Wabash Ave  Ste 150
Chicago, IL  60603

Bulova Corp  CO
Teller And Levit Silvertrust PC
11 East Adams Street
Chicago, IL  60603

Citifinancial Mortgage
3232 W Royal Ln
Irving, TX  75063

Atlantic Diamond Company
5 South Wabash Ste 818
Chciago, IL  60603

Capital One
PO Box 85015
Richmond, VA  23285-5015

Com Ed
Bill Payment Center
Chicago, IL  60668-0002

Aurora Loan Services
PO Box 1706
Scottsbluff, NE  69363

Capital One
PO Box 30285
Salt Lake City, UT  84130-0285

Cross Country Bank
Po Box 15371
Wilmington, DE  19850

**David B Henry**
**1621 East 85th Place**
**Chicago, IL  60617**

**Inland Commercial Property Mgmt Inc**
**2901 Butterfield Rd**
**Oak Brook, IL  60523**

**Providian Platnium Visa**
**PO Box 660509**
**Dallas, TX  75266-0509**

**Dell Financial**
**PO Box 80409**
**Austin, TX  78708-0409**

**Inland Commercial Property Mgmt Inc**
**2901 Butterfield Road**
**Oak Brook, IL  60523**

**Robert J Sanfratello**
**8326 South Nottingham**
**Bridgeview, IL  60455**

**EMC Payment Processing**
**PO Box 141358**
**Irving, TX  75014-1358**

**Jewelry Super Center**
**Gold N Diamonds**
**250 Spring Street NW 6E 320 3**
**Atlanta, GA  30303**

**Screenvision**
**360 Linden Oaks**
**Rochester, NY  14625**

**First Data**
**265 Broad Hollow R**
**Melville, NY  11747**

**Lolita Weathers**
**4892 Spring Court**
**Richton Park, IL  60471**

**Washington Mutual Home Loans**
**PO Box 3139**
**Milwaukee, WI 53201-3139**

**First Equity**
**PO Box 84075**
**Columbus, GA  31902-3029**

**Manuela Borgia**
**18700 South Halsted St**
**Glenwood, IL  60425**

**Washmtl/prov**
**4940 Johnson Dr**
**Pleasanton, CA  94566**

**G M A C**
**15303 S 94th Ave**
**Orland Park, IL  60462**

**Marlin Leasing**
**PO Box 637**
**Mount Laurel, NJ  08054**

**Wells Fargo**
**PO Box 348750**
**Sacramento, CA  95834**

**Home Depot**
**PO Box 6029**
**The Lakes, NC  88901-6029**

**Monogram Bank N America**
**Po Box 17054**
**Wilmington, DE  19884**

**Wffinancial**
**1240 Office Plaza**
**West Des Moine, IA 50266**

**Honda Financial Services**
**PO Box 650024**
**Dallas, TX  75265-0024**

**Movado Group**
**PO Box 88810**
**Chicago, IL  60695**

**Will County Taxes**
**302 N Chicago Street**
**Joliet, IL  60432-4059**

**Hsbc Nv**
**1441 Schilling Pl**
**Salinas, CA  93901**

**P2 Investments**
**5 South Wabash Avenue Ste 150**
**Chicago, IL  60603**

**Icelink Watch Co**
**610 S. Broadway  10th Flr**
**Los Angeles, CA  90014**

**Park Pointe Plaza**
**745 Ela Road**
**Lake Zurich, IL  60047**