**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:
HONORE, MAYNOR R.

|  | CHAPTER 7 CASE |
| --- | --- |
| | CASE NO. 05B-60776 BWB |
| Debtor(s) | JUDGE BRUCE W. BLACK |

## <u>TRUSTEE'S FINAL REPORT</u>

To:     THE HONORABLE BRUCE W. BLACK
        BANKRUPTCY JUDGE

        NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court

and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee").  The

Petition commencing this case was filed on 01/18/06.  The Trustee was appointed on 01/18/06.  An order for

relief under Chapter 11 on 10/15/08 and converted to a Chapter 7 on 01/18/06.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the

duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either

been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee;

there is no other property belonging to the estate; there are no matters pending or undetermined; claims have

been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The

Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on

Exhibit A.  The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.      The disposition of estate property is set forth in Exhibit B.  The property abandoned, or sought to be

abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 10/22/08 is as follows:

|  |  |  |
| --- | --- | --- |
| a.  RECEIPTS (See Exhibit C) | $ | 75,261.57 |
| b.  DISBURSEMENTS (See Exhibit C) | $ | 45,031.67 |
| c.  NET CASH available for distribution | $ | 30,229.90 |

    d.  TRUSTEE/PROFESSIONAL COSTS

| | |
|---|---|
| 1. Trustee compensation requested (See Exhibit E) | $_____7,013.08 |
| 2. Trustee Expenses (See Exhibit E) | $_____15.35 |
| 3. Compensation requested by attorney or other | |
|    professionals for trustee (See Exhibit F) | $_____14,506.45 |
| | $_____ |

5.  The Bar Date for filing unsecured claims expired on <u>05/26/06</u>.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.

The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | |
|---|---|
| a.  Allowed unpaid secured claims | $_____0.00 |
| b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims | $_____22,534.88 |
| c.  Allowed Chapter 11 Administrative Claims | $_____0.00 |
| d.  Allowed priority claims | $_____47,750.93 |
| e.  Allowed unsecured claims | $_____468,704.93 |

7.  Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.  Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $14,506.45. The total of Chapter 7 professional fees and expenses requested for final allowance is $21,534.88. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.  A fee of $3,120.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

   **WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and

correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and

503(b).  The Trustee further requests that the Court award final compensation and reimbursement of expenses

and make final allowances of the administrative claims and expenses stated in this Report and for such other

relief as the Court shall deem proper.


Dated:    10/22/08                              RESPECTFULLY SUBMITTED,


                                        By: /s/Thomas B. Sullivan
                                           THOMAS B. SULLIVAN, TRUSTEE
                                           1900 RAVINIA PLACE
                                           ORLAND PARK, IL  60462
                                           Telephone # (708) 226-2700

### TRUSTEE TASKS

On February 7, 2006 the Trustee was contacted by attorney, Gerald Walsh on behalf of the J.P. Morgan Chase Bank NA concerning the jewelry inventory which was security for a $50,000 secured lien of credit the bank had furnished to the debtor.  Mr. Walsh stated that he had reason to believe that the value of the inventory was double or triple the value of the line of credit.  Mr. Walsh also stated that to the best of his knowledge the inventory was still at the Orland Park jewelry store which was now closed.

The Trustee contacted Michael Salvi, the attorney representing the landlord, Park Pointe Plaza Associates, the lessor of the jewelry store located at 14901 S. LaGrange Road, Orland Park, Illinois.  He provided the Trustee with a delinquent monthly rental statement due from December 2005 to February 15, 2006 for $15,889.55.  Mr. Salvi confirmed the store was closed and secure to the best of his knowledge.

On January 18, 2006, an order was entered converting the existing Chapter 11 case of Maynor Honore d/b/a The Jewelry Store to a Chapter 7 and appointed the Trustee to serve in this matter.

The Trustee reviewed the prior docket to develop the background necessary to administer the case.  On October 15, 2005 a Chapter 11 voluntary petition was filed on behalf of Maynor Honore.  A 341 meeting was held on November 28, 2005.  Several motions for relief from the automatic stay were filed.  On December 13, 2005, J.P. Morgan Chase filed a motion to prohibit use of the cash collateral.  On January 4, 2006, the debtor filed a notice of motion to convert to a Chapter 7.  On January 19, 2006, the Trustee was appointed to the case and

subsequently a 341 heating was set to be held at the EMCO Building on February 21, 2006.

The Trustee met with counsel and reviewed all of the information the Trustee had available to plan the administration of the case.  It was decided to employ counsel with court approval and to employ an auctioneer approved by court to evaluate the extensive inventory for a private sale or in the alternative to conduct a public sale.     6 HOURS

The Trustee conducted a first meeting on February 21, 2006. Based on a review of the schedules, and docket, along with the testimony at the meeting.  The Trustee filed an initial report of assets.

1 HOUR

There were three parcels of real estate listed on the schedules. The only parcel the Trustee determined would have sufficient equity for a potential distribution to unsecured creditors was the debtor's residence at 8284 Brookhaven Drive, Frankfort, IL.  The Trustee obtained court approval to employ a real estate broker to evaluate the house and list it for sale.  The Trustee also filed a notice of motion to compel the debtor to grant access to the real estate.        3 HOURS

The Debtor was not cooperating with the sale of the Frankfort property and finally entered into discussion to offer a settlement which would pay the secured claim on the jewelry, expenses to the real estate broker and the auctioneer who was attempting to evaluate and sell the property.

The Trustee took steps to enforce the settlement agreement and compel access to the real estate in Frankfort.

The debtor finally delivered checks for $75,000.00 to the Trustee on February 27, 2007.  Of said funds, $40,000 was paid to J.P. Morgan

Chase pursuant to the order of November 7, 2006.  Also, pursuant to court order $2,500 was paid to the auctioneer and the real estate broker.

**6 HOURS**

The Trustee and counsel met with special agent, Marsha Acevedo concerning an investigation by the Internal Revenue Criminal Division concerning the debtor's tax liability, his attempt to defraud the government and related offenses.  Trustee's counsel had already responded to a request for information.

**1 HOUR**

The Trustee received court approval to employ an accountant. Tax returns were prepared and filed.

**1 HOUR**

Eight claims were objected to by the Trustee out of forty-two claims filed.  A final report was prepared and filed.

**2 HOURS**

**20 HOURS @ $475.00/hours = $9,500.00**

**EXHIBIT A**

## TRUSTEE COSTS

1)    **OVERNIGHT DELIVERY**                                  $**15.35**

      **TOTAL COSTS**                                         $**15.35**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                      $            75,261.57

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                      $            78,759.31

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                             $            61,459.19

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-60776 BWB      **Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE
**Case Name:** HONORE, MAYNOR R.      **Filed (f) or Converted (c):** 01/18/06 (c)
     **§341(a) Meeting Date:** 02/21/06
**Period Ending:** 10/22/08      **Claims Bar Date:** 05/26/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3822 W. 171ST, COUNTRY CLUB HILLS | 115,000.00 | 25,582.98 | DA | 0.00 | FA |
| 2 | 742 NOTRE DAME, MATTESON | 138,000.00 | 27,163.52 | DA | 0.00 | FA |
| 3 | 8284 BROOKHAVEN DRIVE, FRANKFORT | 425,000.00 | 66,319.26 | | 30,000.00 | FA |
| 4 | CHECHING ACCOUNTS | 802.00 | 0.00 | | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 7 | JEWELRY | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | JEWELRY STORE | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | A/R | 60,000.00 | 0.00 | DA | 50.00 | FA |
| 10 | 1995 PRELUDE | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2005 CBR MOTORCYLE | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | OFFICE FURNITURE | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | INVENTORY | 623,119.00 | 50,000.00 | | 45,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 211.57 | Unknown |
| 14 | **Assets**     **Totals** (Excluding unknown values) | **$1,391,721.00** | **$169,065.76** | | **$75,261.57** | **$0.00** |

**Major Activities Affecting Case Closing:**
PURSUING REAL ESTATE AND JEWELRY INVENTORY;  PRINCIPAL'S WIFE'S COMPANY FILED BANKRUPTCY; INVESTIGATING SAME; TAX RETURNS

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05B-60776 BWB | **Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** HONORE, MAYNOR R. | **Filed (f) or Converted (c):** 01/18/06 (c) |
| | **§341(a) Meeting Date:** 02/21/06 |
| **Period Ending:** 10/22/08 | **Claims Bar Date:** 05/26/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

PREPARED AND FINAL REPORT IN THE PROCESS

**Initial Projected Date Of Final Report (TFR):** June 30, 2007          **Current Projected Date Of Final Report (TFR):** December 31, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-60776 BWB |
| **Case Name:** | HONORE, MAYNOR R. |
| | |
| **Taxpayer ID #:** | 13-7538325 |
| **Period Ending:** | 10/22/08 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****75-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/15/06 | {9} | BARBARA OR GREGORY STEC | A/R | 1121-000 | 50.00 | | 50.00 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.02 | | 50.02 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.03 | | 50.05 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.03 | | 50.08 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.03 | | 50.11 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 0.03 | | 50.14 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.03 | | 50.17 |
| 02/07/07 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-60776, BOND #016026455 | 2300-000 | | 0.07 | 50.10 |
| 02/27/07 | | MARIA PSIKOS-HONORE | SETTLEMENT PAYMENT | | 70,000.00 | | 70,050.10 |
| | {13} | | | 40,000.00 | 1129-000 | | 70,050.10 |
| | {3} | | | 30,000.00 | 1110-000 | | 70,050.10 |
| 02/27/07 | {13} | AMERICAN AUCTION ASSOCIATES, INC. | SETTLEMENT PAYMENT | 1129-000 | 5,000.00 | | 75,050.10 |
| 02/27/07 | | To Account #********7566 | PAY FEES PER ORDER OF 11/7/06 | 9999-000 | | 45,000.00 | 30,050.10 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 0.02 | | 30,050.12 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 16.04 | | 30,066.16 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 16.59 | | 30,082.75 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 16.59 | | 30,099.34 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 15.53 | | 30,114.87 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 17.15 | | 30,132.02 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 16.62 | | 30,148.64 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 15.02 | | 30,163.66 |

Subtotals :     $75,163.73     $45,000.07

{} Asset reference(s)

Printed: 10/22/2008 11:45 AM     V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05B-60776 BWB | |
| **Case Name:** | HONORE, MAYNOR R. | |
| | | |
| **Taxpayer ID #:** | 13-7538325 | |
| **Period Ending:** | 10/22/08 | |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****75-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 17.71 | | 30,181.37 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 15.70 | | 30,197.07 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 15.38 | | 30,212.45 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 13.81 | | 30,226.26 |
| 02/11/08 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #05B-60776, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 31.60 | 30,194.66 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 6.20 | | 30,200.86 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 5.67 | | 30,206.53 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 4.21 | | 30,210.74 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.93 | | 30,214.67 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.84 | | 30,218.51 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.84 | | 30,222.35 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.59 | | 30,225.94 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 3.96 | | 30,229.90 |

| | Subtotals : | $97.84 | $31.60 |
|---|---|---|---|

{} Asset reference(s)

## Form 2

### Cash Receipts And Disbursements Record

| Case Number: | 05B-60776 BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| --- | --- | --- | --- |
| Case Name: | HONORE, MAYNOR R. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****75-65 - Money Market Account |
| Taxpayer ID #: | 13-7538325 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 10/22/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 75,261.57 | 45,031.67 | $30,229.90 |
| | | | Less: Bank Transfers | | 0.00 | 45,000.00 | |
| | | | **Subtotal** | | 75,261.57 | 31.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $75,261.57 | $31.67 | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-60776 BWB |
| **Case Name:** | HONORE, MAYNOR R. |
| **Taxpayer ID #:** | 13-7538325 |
| **Period Ending:** | 10/22/08 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****75-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/07 | | From Account #*******7565 | PAY FEES PER ORDER OF 11/7/06 | 9999-000 | 45,000.00 | | 45,000.00 |
| 02/27/07 | 101 | AMERICAN AUCTION ASSOCIATES, INC. | FEE TO AUCTIONEER | 3610-000 | | 2,500.00 | 42,500.00 |
| 02/27/07 | 102 | KIM WIRTZ-PRINCE | FEES TO REALTOR | 3510-000 | | 2,500.00 | 40,000.00 |
| 02/27/07 | 103 | JP MORGAN CHASE NA | PAYMENT OF SECURED CLAIM PER ORDER OF 11/7/06 | 4210-000 | | 40,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 45,000.00 | 45,000.00 | $0.00 |
| Less: Bank Transfers | 45,000.00 | 0.00 | |
| **Subtotal** | 0.00 | 45,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $45,000.00 | |

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-60776 BWB |
| **Case Name:** | HONORE, MAYNOR R. |
| **Taxpayer ID #:** | 13-7538325 |
| **Period Ending:** | 10/22/08 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****75-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 75,261.57 |
| Net Estate : | $75,261.57 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****75-65 | 75,261.57 | 31.67 | 30,229.90 |
| Checking # ***-*****75-66 | 0.00 | 45,000.00 | 0.00 |
| | $75,261.57 | $45,031.67 | $30,229.90 |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:

HONORE, MAYNOR R.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 05B-60776 BWB

JUDGE BRUCE W. BLACK

**PROPOSED DISTRIBUTION REPORT**

I, <u>THOMAS B. SULLIVAN, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 22,534.68 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 7,691.26 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 30,225.94 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $     22,534.88 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 027 | OFFICE OF THE U.S. TRUSTEE | 1,000.00 | 1,000.00 |
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | 7,013.08 | 7,012.88 |
| ADMIN2 | THOMAS B. SULLIVAN, TRUSTEE | 15.35 | 15.35 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 12,427.50 | 12,427.50 |
| ADMIN4 | Grochocinski, Grochocinski & Lloyd, Ltd. | 125.75 | 125.75 |
| ADMIN5 | Alan D. Lasko | 1,937.80 | 1,937.80 |
| ADMIN6 | Alan D. Lasko | 15.40 | 15.40 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | TOTAL | $                0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $        0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL      $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $        0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL      $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $        0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL      $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $        0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL      $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $        0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

|  | | TOTAL | |
| --- | --- | --- | --- |
|  | | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §724(b)(6) - Tax Liens: | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- | --- |
|  | | TOTAL        $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(8) - Tax claims excluding fines and penalties | | $      47,750.93 | 16.11% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- | --- |
| 016 | DEPT. OF THE TREASURY /IRS | 1,640.05 | 264.16 |
| 030 | ILLINOIS DEPT. OF REVENUE | 40,303.04 | 6,491.63 |
| 031 | ILLINOIS DEPT.OF REVENUE | 4,528.00 | 729.33 |
| 038 | DEPT. OF THE TREASURY/IRS | 1,279.84 | 206.14 |
|  | | TOTAL        $ | 7,691.26 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- | --- |
|  | | TOTAL        $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- | --- |
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $     459,204.93 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- | --- |
| 001 | BULOVA CORP CO. | 29,813.20 | 0.00 |
| 002 | FIRST EQUITY | 4,995.41 | 0.00 |
| 004 | JEWELRY SUPER CENTER | 12,878.28 | 0.00 |
| 005 | CIT TECH FINANCIAL SERVICES | 4,900.89 | 0.00 |
| 006 | CIT TECHNOLOGY FINANCING | 8,362.55 | 0.00 |

| | | | |
|---|---|---|---|
| 007 | CAPITAL ONE BANK | 5,045.59 | 0.00 |
| 008 | CAPITAL ONE BANK | 1,797.10 | 0.00 |
| 011 | WELLS FARGO FINANCIAL ILLINOIS, INC. | 1,062.71 | 0.00 |
| 014 | HONDA FINANCIAL SERVICES | 2,002.59 | 0.00 |
| 019 | MARLIN LEASING CORP | 13,505.82 | 0.00 |
| 020 | CHASE BANK USA NA | 142.12 | 0.00 |
| 021 | A V JEWELRY | 13,685.00 | 0.00 |
| 022 | GOLD N DIAMONDS INC | 12,878.28 | 0.00 |
| 023 | CHASE BANK USA NA | 1,908.66 | 0.00 |
| 024 | CHASE BANK USA NA | 144.70 | 0.00 |
| 026 | AMERICAN EXPRESS BANK FSB | 7,961.87 | 0.00 |
| 028 | CHARTER ONE BANK | 8,690.92 | 0.00 |
| 029 | CHARTER ONE BANK | 99,734.08 | 0.00 |
| 030 | ILLINOIS DEPT. OF REVENUE | 5,468.00 | 0.00 |
| 031 | ILLINOIS DEPT. OF REVENUE | 429.00 | 0.00 |
| 033 | ATLANTIC DIAMOND COMPANY | 16,254.00 | 0.00 |
| 034 | SCREENVISION | 8,183.84 | 0.00 |
| 035 | FIRST EQUITY | 5,278.70 | 0.00 |
| 036 | CHASE BANK USA NA | 10,167.49 | 0.00 |
| 037 | CROSS COUNTRY BANK | 1,228.21 | 0.00 |
| 038 | DEPT. OF THE TREASURY/IRS | 304.21 | 0.00 |
| 039 | MBNA AMERICA BANK NA | 12,381.71 | 0.00 |
| 040 | CHRISTOPHRE GIEBUDOWSKI | 100,000.00 | 0.00 |
| 043 | BRADLEY J WALLER, TRUSTEE FOR ESTATE OF EPIPHANY INVESTMENTS | 70,000.00 | 0.00 |
| | | TOTAL       $ | 0.00 |

| 14.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $         0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL       $ | 0.00 |

| 15.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $     9,500.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 042 | ANGEL ZAVALA | 9,500.00 | 0.00 |
| | | TOTAL     $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL     $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL     $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $      0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL     $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 003 | CITIFINANCIAL MORTGAGE COMPANY P.O. BOX 140609 IRVING, TX  75014- | $   14,210.36 | Disallowed |

| | | | | |
|---|---|---|---|---|
| Unsecured 009 | WASHINGTON MUTUAL<br>11200 WEST PARKLAND AVENUE<br>MS:MWIA 303<br>MILWAUKEE, WI 53224- | $ | 74,787.62 | Disallowed |
| Unsecured 010 | GENERAL MOTORS ACCEPTANCE<br>CORP<br>2740 ARTHUR STREET<br>ROSEVILLE, MN 55113- | $ | 52,040.06 | Disallowed |
| Secured 012 | EMC MORTGAGE CORP.<br>C/O MCCALLA, RAYMER ET AL<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA 30076- | $ | 67,601.13 | Disallowed |
| Secured 013 | JP MORGAN CHASE BANK NA<br>C/O MICHELE WEEKS<br>1829 E. SKY HARBOR CIRCLE<br>SOUTH<br>PHOENIX, AZ 85034- | $ | 51,345.22 | Disallowed |
| Secured 015 | EMC MORTGAGE CORPORATION<br>BANKRUPTCY DEPT.<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA 30076- | $ | 279,846.12 | Disallowed |
| Unsecured 017 | ILLINOIS DEPT. OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH STREET, #7-400<br>CHICAGO, IL 60601- | $ | 58,819.04 | Disallowed |
| Unsecured 018 | ILLINOIS DEPT. OF REVENUE<br>BANKRUPTCY UNIT<br>100 W. RANDOLPH STREET, #7-400<br>CHICAGO, IL 60601- | $ | 9,189.00 | Disallowed |
| Unsecured 025 | CHASE BANK USA NA<br>C/O WEINSTEIN & RILEY PS<br>2101 4TH AVENUE, SUITE 900<br>SEATTLE, WA 98121- | $ | 1,908.66 | Disallowed |
| Unsecured 032 | GOLD N DIAMONDS INC.<br>C/O THE JEWELERS BOARD OF<br>TRADE<br>P.O. BOX 6928<br>PROVIDENCE, RI 02940- | $ | 12,878.28 | Disallowed |
| Secured 041 | JP MORGAN CHASE BANK NA<br>C/O MICHELE WEEKS<br>1829 E SKY HARBOR CIRCLE SOUTH<br>PHOENIX, AZ 85034- | $ | 58,855.23 | Disallowed |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____          _____
                                        THOMAS B. SULLIVAN, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 12,427.50 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 125.75 | |
| | | | 12,553.25 |
| **Accountant for Trustee** | | | |
| Alan D. Lasko Fees | 0.00 | 1,937.80 | |
| Alan D. Lasko Expenses | 0.00 | 15.40 | |
| | | | 1,953.20 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 14,506.45 | $ 14,506.45 |

1