**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HONORE, MAYNOR R.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-60776 SPS<br><br>JUDGE SUSAN PIERSON SONDERBY |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. Bankruptcy Court
    219 South Dearborn, Courtroom 642
    Chicago, Illinois 60604

    on: **February 4, 2009**
    at: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                  $         75,261.57

    b. Disbursements                             $         45,031.67

    c. Net Cash Available for Distribution       $         30,229.90

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE<br>(US Trustee's Office ) | | 0.00 | $1,000.00 |

| | | |
|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $7,013.08 |
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Expenses) | 0.00 | $15.35 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $12,427.50 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $125.75 |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $1,937.80 |
| Alan D. Lasko (Trustee's Accountant Expenses) | 0.00 | $15.40 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $47,750.93 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 16.11%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 016 | DEPT. OF THE TREASURY /IRS | $ 1,640.05 | $ 264.16 |
| 030 | ILLINOIS DEPT. OF REVENUE | $ 40,303.04 | $ 6,491.63 |
| 031 | ILLINOIS DEPT.OF REVENUE | $ 4,528.00 | $ 729.33 |
| 038 | DEPT. OF THE TREASURY/IRS | $ 1,279.84 | $ 206.14 |

7. Claims of general unsecured creditors totaling $459,204.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | BULOVA CORP CO. | $ 29,813.20 | $ 0.00 |
| 002 | FIRST EQUITY | $ 4,995.41 | $ 0.00 |
| 004 | JEWELRY SUPER CENTER | $ 12,878.28 | $ 0.00 |
| 005 | CIT TECH FINANCIAL SERVICES | $ 4,900.89 | $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 006 | CIT TECHNOLOGY FINANCING | $ | 8,362.55 | $ | 0.00 |
| 007 | CAPITAL ONE BANK | $ | 5,045.59 | $ | 0.00 |
| 008 | CAPITAL ONE BANK | $ | 1,797.10 | $ | 0.00 |
| 011 | WELLS FARGO FINANCIAL ILLINOIS, INC. | $ | 1,062.71 | $ | 0.00 |
| 014 | HONDA FINANCIAL SERVICES | $ | 2,002.59 | $ | 0.00 |
| 019 | MARLIN LEASING CORP | $ | 13,505.82 | $ | 0.00 |
| 020 | CHASE BANK USA NA | $ | 142.12 | $ | 0.00 |
| 021 | A V JEWELRY | $ | 13,685.00 | $ | 0.00 |
| 022 | GOLD N DIAMONDS INC | $ | 12,878.28 | $ | 0.00 |
| 023 | CHASE BANK USA NA | $ | 1,908.66 | $ | 0.00 |
| 024 | CHASE BANK USA NA | $ | 144.70 | $ | 0.00 |
| 026 | AMERICAN EXPRESS BANK FSB | $ | 7,961.87 | $ | 0.00 |
| 028 | CHARTER ONE BANK | $ | 8,690.92 | $ | 0.00 |
| 029 | CHARTER ONE BANK | $ | 99,734.08 | $ | 0.00 |
| 030 | ILLINOIS DEPT. OF REVENUE | $ | 5,468.00 | $ | 0.00 |
| 031 | ILLINOIS DEPT. OF REVENUE | $ | 429.00 | $ | 0.00 |
| 033 | ATLANTIC DIAMOND COMPANY | $ | 16,254.00 | $ | 0.00 |
| 034 | SCREENVISION | $ | 8,183.84 | $ | 0.00 |
| 035 | FIRST EQUITY | $ | 5,278.70 | $ | 0.00 |
| 036 | CHASE BANK USA NA | $ | 10,167.49 | $ | 0.00 |
| 037 | CROSS COUNTRY BANK | $ | 1,228.21 | $ | 0.00 |
| 038 | DEPT. OF THE TREASURY/IRS | $ | 304.21 | $ | 0.00 |
| 039 | MBNA AMERICA BANK NA | $ | 12,381.71 | $ | 0.00 |
| 040 | CHRISTOPHRE GIEBUDOWSKI | $ | 100,000.00 | $ | 0.00 |
| 042 | ANGEL ZAVALA | $ | 9,500.00 | $ | 0.00 |
| 043 | BRADLEY J WALLER, TRUSTEE FOR ESTATE OF EPIPHANY INVESTMENTS | $ | 70,000.00 | $ | 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: All books and

      records of the debtor, real property, household goods, jewelry, jewelry store, account receivables, Prelude, motorcycle and office furniture.

Dated: **December 24, 2008**      For the Court,

    By: **KENNETH S. GARDNER**
    Kenneth S. Gardner
    Clerk of the United States Bankruptcy Court
    219 S. Dearborn Street; 7th Floor
    Chicago, IL  60604

Trustee:   THOMAS B. SULLIVAN, TRUSTEE
Address:   1900 RAVINIA PLACE
             ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE:<br>HONORE, MAYNOR R.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-60776 BWB<br><br>JUDGE BRUCE W. BLACK |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 7,012.88 |
| 2. | Trustee's expenses | $ | 15.35 |
| | TOTAL | $ | 7,028.23 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 12,427.50 |
| | b. Expenses | $ | 125.75 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,937.80 |
| | b. Expenses | $ | 15.40 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

      d. Chapter 11 Expenses        $    0.00

3.    Other Professionals

              TOTAL      $    14,506.45

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

              ENTERED _____
                       BRUCE W. BLACK
                       UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**