**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HONORE, MAYNOR R.<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-60776 SPS<br><br>JUDGE SUSAN PIERSON SONDERBY |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

TO  the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a
Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:    U.S. Bankruptcy Court
> 219 South Dearborn, Courtroom 642
> Chicago, Illinois 60604
>
> on:    **February 4, 2009**
> at:    **10:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report,
ruling on applications for compensation and expenses and any objections to the pending
applications and transacting such other business as may be properly noticed before the
Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT
REQUIRED.

3.      The Trustee's Final Report shows total:

| | | |
|---|---|---|
| a.  Receipts | $ | 75,261.57 |
| b.  Disbursements | $ | 45,031.67 |
| c.  Net Cash Available for Distribution | $ | 30,229.90 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| OFFICE OF THE U.S. TRUSTEE<br>(US Trustee's Office ) | 0.00 | | $1,000.00 |

| | | |
|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE<br>(Trustee Fees) | 0.00 | $7,013.08 | |
| THOMAS B. SULLIVAN, TRUSTEE<br>(Trustee Expenses) | 0.00 | | $15.35 |
| Grochocinski, Grochocinski & Lloyd, Ltd.<br>(Trustee's Attorney Fees) | 0.00 | $12,427.50 | |
| Grochocinski, Grochocinski & Lloyd, Ltd.<br>(Trustee's Attorney Expenses) | 0.00 | | $125.75 |
| Alan D. Lasko<br>(Trustee's Accountant Fees) | 0.00 | $1,937.80 | |
| Alan D. Lasko<br>(Trustee's Accountant Expenses) | 0.00 | | $15.40 |

5.    Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $47,750.93 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 16.11%.

Allowed priority claims are:

| Claim<br>Number | Claimant | Allowed<br>Amount of<br>Claim | Proposed<br>Payment |
|---|---|---|---|
| 016 | DEPT. OF THE TREASURY /IRS | $ 1,640.05 | $ 264.16 |
| 030 | ILLINOIS DEPT. OF REVENUE | $ 40,303.04 | $ 6,491.63 |
| 031 | ILLINOIS DEPT.OF REVENUE | $ 4,528.00 | $ 729.33 |
| 038 | DEPT. OF THE TREASURY/IRS | $ 1,279.84 | $ 206.14 |

7. Claims of general unsecured creditors totaling $459,204.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim<br>Number | Claimant | Allowed<br>Amount of<br>Claim | Proposed<br>Payment |
|---|---|---|---|
| 001 | BULOVA CORP CO. | $ 29,813.20 | $ 0.00 |
| 002 | FIRST EQUITY | $ 4,995.41 | $ 0.00 |
| 004 | JEWELRY SUPER CENTER | $ 12,878.28 | $ 0.00 |
| 005 | CIT TECH FINANCIAL SERVICES | $ 4,900.89 | $ 0.00 |

| 006 | CIT TECHNOLOGY FINANCING | $ | 8,362.55 | $ | 0.00 |
| 007 | CAPITAL ONE BANK | $ | 5,045.59 | $ | 0.00 |
| 008 | CAPITAL ONE BANK | $ | 1,797.10 | $ | 0.00 |
| 011 | WELLS FARGO FINANCIAL ILLINOIS, INC. | $ | 1,062.71 | $ | 0.00 |
| 014 | HONDA FINANCIAL SERVICES | $ | 2,002.59 | $ | 0.00 |
| 019 | MARLIN LEASING CORP | $ | 13,505.82 | $ | 0.00 |
| 020 | CHASE BANK USA NA | $ | 142.12 | $ | 0.00 |
| 021 | A V JEWELRY | $ | 13,685.00 | $ | 0.00 |
| 022 | GOLD N DIAMONDS INC | $ | 12,878.28 | $ | 0.00 |
| 023 | CHASE BANK USA NA | $ | 1,908.66 | $ | 0.00 |
| 024 | CHASE BANK USA NA | $ | 144.70 | $ | 0.00 |
| 026 | AMERICAN EXPRESS BANK FSB | $ | 7,961.87 | $ | 0.00 |
| 028 | CHARTER ONE BANK | $ | 8,690.92 | $ | 0.00 |
| 029 | CHARTER ONE BANK | $ | 99,734.08 | $ | 0.00 |
| 030 | ILLINOIS DEPT. OF REVENUE | $ | 5,468.00 | $ | 0.00 |
| 031 | ILLINOIS DEPT. OF REVENUE | $ | 429.00 | $ | 0.00 |
| 033 | ATLANTIC DIAMOND COMPANY | $ | 16,254.00 | $ | 0.00 |
| 034 | SCREENVISION | $ | 8,183.84 | $ | 0.00 |
| 035 | FIRST EQUITY | $ | 5,278.70 | $ | 0.00 |
| 036 | CHASE BANK USA NA | $ | 10,167.49 | $ | 0.00 |
| 037 | CROSS COUNTRY BANK | $ | 1,228.21 | $ | 0.00 |
| 038 | DEPT. OF THE TREASURY/IRS | $ | 304.21 | $ | 0.00 |
| 039 | MBNA AMERICA BANK NA | $ | 12,381.71 | $ | 0.00 |
| 040 | CHRISTOPHRE GIEBUDOWSKI | $ | 100,000.00 | $ | 0.00 |
| 042 | ANGEL ZAVALA | $ | 9,500.00 | $ | 0.00 |
| 043 | BRADLEY J WALLER, TRUSTEE FOR ESTATE OF EPIPHANY INVESTMENTS | $ | 70,000.00 | $ | 0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: All books and

records of the debtor, real property, household goods, jewelry, jewelry store, account receivables, Prelude, motorcycle and office furniture.


Dated: **December 24, 2008**                    For the Court,


By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:      THOMAS B. SULLIVAN, TRUSTEE
Address:      1900 RAVINIA PLACE
                   ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

IN RE:                                      CHAPTER 7 CASE
HONORE, MAYNOR R.

                                            CASE NO. 05B-60776 BWB

                                            JUDGE BRUCE W. BLACK

            Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $ 7,012.88 |
| 2. | Trustee's expenses | $ 15.35 |
| | TOTAL | $ 7,028.23 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 12,427.50 |
| | b. Expenses | $ 125.75 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 1,937.80 |
| | b. Expenses | $ 15.40 |
| | c. Chapter 11 compensation | $ 0.00 |

**EXHIBIT G**

d. Chapter 11 Expenses                                    $_____0.00

3.        Other Professionals

TOTAL        $_____14,506.45

   IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED        day of                                    , 200        .
this        _____        _____        ___

ENTERED        _____
                BRUCE W. BLACK
                UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7          Page 1 of 2          Date Rcvd: Dec 24, 2008
Case: 05-60776               Form ID: pdf002       Total Served: 91
```

The following entities were served by first class mail on Dec 26, 2008.
```
db          +Maynor R Honore,   8284 Brookhaven Drive,   Frankfort, IL 60423-8582
aty         +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty         +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty         +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty         +Karen Walin,   Law Office of Karen Walin,   13161 W 143rd Street,   #102,
             Homer Glen, IL 60491-6670
tr          +Thomas B Sullivan,   Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
10364872    +A V Jewelry,   62 West 47rh Street Ste 603,   New York, NY 10036-3201
10491628    +AAA Finanical Services,   P O Box 15026,   Wilmington De 19850-5026
10364876    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: American Honda Finance,   1235 Old Alpharetta Rd S,
             Alpharetta, GA  30005)
10539512    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: Honda Financial Services,   PO Box 1844,   Alpharetta, GA 30023)
10364907    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: Honda Financial Services,   PO Box 650024,   Dallas, TX  75265-0024)
10364877    +ARYA Collections,   5 South Wabash Ave  Ste 150,   Chicago, IL 60603-3000
10364873    +Advanta,   PO Box 30715,   Salt Lake City, UT  84130-0715
10364874    +American Express Bank FSB,   C/O Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
10491626    +Angel Zavala,   29 East Madison #1850,   Chicago IL 60602-4875
10364878    +Atlantic Diamond Company,   5 South Wabash Ste 818,   Chciago, IL 60603-3195
10364880    +Aurora Loan Services,   601 5th Ave,   Scottsbluff, NE 69361-3581
10364879    +Aurora Loan Services,   PO Box 1706,   Scottsbluff, NE 69363-1706
10364885    +BP Amoco,   PO Box 9071,   Des Moines, IA  50368-9071
10364881    +Bank One,  Cardmember Service,   15100 S LaGrange Road,   Orland Park, IL 60462-3751
10364882    +Bank One NA,   PO Box 15298,   Wilmington, DE 19850-5298
10364883    +Beneficial Finance,   PO Box 17574,   Baltimore, MD 21297-1574
10491627     Beneficial Master Card,   HSBC Card Services,   P O Box 88000,   Baltimore MD
10364884    +Beneficial/household finance,   2700 Sanders Rd,   Prospect Heights, IL 60070-2701
12296600    +Bradley J. Waller, as Trustee for the Estate,   of Epiphany Investments,
             c/o L. Kujaca; SmithAmundsen LLC,   150 N. Michigan, Ste. 3300,   Chicago, IL 60601-7621
10364886    +Bulova Corp,   One Bulova Avenue,   Woodside, NY  11377-7874
10364887    +Bulova Corp  CO,   Teller And Levit Silvertrust PC,   11 East Adams Street,
             Chicago, IL 60603-6369
10483528    +CIT Technology Financing,   Weltman Weinberg and Reis Co,   175 S Third St Suite 900,
             Columbus, OH 43215-5177
10364888     Capital One,   PO Box 85015,   Richmond, VA  23285-5015
10364889     Capital One,   PO Box 30285,   Salt Lake City, UT  84130-0285
10493296    +Capital One Bank,   C/O Tsys Debt Management,   PO Box 5155,   Norcross, GA 30091-5155
10364890    +Charter One,   1215 Superior Ave,   Cleveland, OH 44114-3299
10607778    +Charter One Bank,   1215 Superior Avenue,   MC SU358,   Cleveland, Ohio 44114-3257
10364891    +Chase,   Customer Service,   PO Box 15153,   Wilmington, DE 19850-5153
10364892    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10577145    +Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
10569666    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
10364893    +Christophre Giebudowski,   5400 S Sawyer,   Chicago, IL 60632-2624
10364894    +Cit Tech Financaial Services,   Weltman, Weinberg and Reis,   175 S Third St Ste 900,
             Columbus, OH 43215-5177
10364895    +Cit Tech Financial Service,   PO Box 550599,   Jacksonville, FL 32255-0599
10491623     Citifinancial Mortgage,   P O Box 142199,   Irving Tx 75014-2199
10364897    +Citifinancial Mortgage,   3232 W Royal Ln,   Irving, TX 75063-3105
10364896    +Citifinancial Mortgage Company,   PO Box 140609,   Irving, TX 75014-0609
10491624    +Cook County Taxes,   P O Box 4468,   Carol Stream Il 60197-4468
10364899    +Cross Country Bank,   Po Box 15371,   Wilmington, DE 19850-5371
10672908     Cross Country Bank,   Applied Card Bank,   P O Box 17125,   Willimington, DE 19850-7125
10364900    +David B Henry,   1621 East 85th Place,   Chicago, IL 60617-2236
10364901     Dell Financial,   PO Box 80409,   Austin, TX  78708-0409
10555515    +++EMC Mortgage Corporation,   Bankruptcy Department,   1544 Old Alabama Road,
             Roswell, GA 30076-2102
10536645    +++EMC Mortgage Corporation,   c/o McCalla, Raymer, et al,   Attn Bankruptcy,
             1544 Old Alabama Road,   Roswell, GA 30076-2102
10364902     EMC Payment Processing,   PO Box 141358,   Irving, TX  75014-1358
10364903    +First Data,   265 Broad Hollow R,   Melville, NY 11747-4802
10364904    +First Equity,   PO Box 84075,   Columbus, GA 31908-4075
10364905    +G M A C,   15303 S 94th Ave,   Orland Park, IL 60462-3825
10497028     General Motors Acceptance Corporation,   2740 Arthur Street,   Roseville, MN  55113-1303
10573151    +Gold N Diamonds, Inc.,   11 East Adams,   Suite 800,   Chicago, Illinois 60603-6324
10628089    +Gold-N-Diamonds Inc.,   C/O The Jewelers Board of Trade,   PO Box 6928,
             Providence, RI 02940-6928
10364906     Home Depot,   PO Box 6029,   The Lakes, NC  88901-6029
10364870    +Honore Maynor R,   8284 Brookhaven Drive,   Frankfort, IL 60423-8582
10364908    +Hsbc Nv,   1441 Schilling Pl,   Salinas, CA 93901-4543
10557326    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   Bankruptcy Unit,
             100 W. Randolph St., #7-400,   Chicago, IL 60601)
10491629    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   ICS Payment & Correspondence Unit,
             P O Box 19043,   Springfield Il 62794 -9043)
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Dec 24, 2008
Case: 05-60776               Form ID: pdf002          Total Served: 91

10552966    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10364909    +Icelink Watch Co,   610 S. Broadway 10th Flr,   Los Angeles, CA 90014-1824
10364910    +Inland Commercial Property Mgmt Inc,   2901 Butterfield Rd,   Oak Brook, IL 60523-1190
10537403     JPMorgan Chase Bank, NA,   c/o Michele Weeks,   1829 E Sky Harbor Cir. South,   Phoenix, AZ 85034
10364912    +Jewelry Super Center,   Gold N Diamonds,   250 Spring Street NW 6E 320 3,
               Atlanta, GA 30303-1131
10364871    +Law Office Of Karen Walin,   13161 W 143rd Street Suite 102,   Homer Glen, IL 60491-6670
10364913    +Lolita Weathers,   4892 Spring Court,   Richton Park, IL 60471-3103
10742288    +MBNA America Bank NA,   Mailstop DES 014-02-03,   PO Box 15168,   Wilmington, DE 19850-5168
10364914     Manuela Borgia,   18700 South Halsted St,   Glenwood, IL  60425
10364915    +Marlin Leasing,   PO Box 637,   Mount Laurel, NJ 08054-0637
10564561    +Marlin Leasing Corporation,   300 Fellowship Road,   Mount Laurel, NJ 08054-1727
10364916    +Monogram Bank N America,   Po Box 17054,   Wilmington, DE 19884-0001
10364917    +Movado Group,   PO Box 88810,   Chicago, IL 60695-1810
10364918    +P2 Investments,   5 South Wabash Avenue Ste 150,   Chicago, IL 60603-3000
10364919    +Park Pointe Plaza,   745 Ela Road,   Lake Zurich, IL 60047-2337
10364920     Providian Platnium Visa,   PO Box 660509,   Dallas, TX  75266-0509
10491625     Providian Platnium Visa,   PO Box 660433,   Dallas Tx 75266-0433
10364921    +Robert J Sanfratello,   8326 South Nottingham,   Bridgeview, IL 60455-4004
10364922    +Screenvision,   360 Linden Oaks,   Rochester, NY 14625-2814
10493562    +Washington Mutual,   11200 West Parkland Ave.,  MS:MWIA303,   Milwaukee, WI 53224-3127
10364923     Washington Mutual Home Loans,   PO Box 3139,   Milwaukee, WI  53201-3139
10364924    +Washmtl/prov,   4940 Johnson Dr,   Pleasanton, CA 94588-3308
10364925    +Wells Fargo,   PO Box 348750,   Sacramento, CA 95834-8750
10613476    +Wells Fargo Bank NA,   BDD-Bankruptcy,   PO Box 53476,   Phoenix, AZ 85072-3476
10499646    +Wells Fargo Financial Illinois, Inc,   4137 121st st,   Urbandale, IA 50323-2310
10364926    +Wffinancial,   1240 Office Plaza,   West Des Moine, IA 50266-2300
10364927     Will County Taxes,   302 N Chicago Street,   Joliet, IL  60432-4059

The following entities were served by electronic transmission on Dec 24, 2008.
10364875    +Fax: 708-957-8457 Dec 25 2008 00:03:59    American General Finan,   17828 Halsted St,
               Homewood, IL 60430-2012
10364898     E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                          Com Ed,
               Bill Payment Center,   Chicago, IL  60668-0002
                                                                           TOTAL: 2


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Donald Dodge,   American Auction Associates Inc
10589230     Offfice of the U.S. Trustee
10589229     Office of the U.S. Trustee
10491630*    Citifinancial Mortgage,   P O Box 142199,   Irving Tx 75014-2199
10491631*   +Cook County Taxes,   P O Box 4468,   Carol Stream Il 60197-4468
10364911*   +Inland Commercial Property Mgmt Inc,   2901 Butterfield Road,   Oak Brook, IL 60523-1190
                                                                           TOTALS: 3, * 3


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**                    **Signature:**